IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:20-CR-00042 (WLS-TQL-1) |
| | : |
| GEORGI A. PETROV, | : |
| | : |
| Defendant. | : |
| | : |

### ORDER

Before the Court is a "Motion for Assistance of an Interpreter, and Consent for that Interpreter to Appear by Video Teleconference" filed by Defendant Georgi Petrov on October 5, 2021. (Doc. 52.) Therein, Defendant Petrov, through his Counsel, requests that the Court permit a certified interpreter attend his change of plea hearing scheduled for October 20, 2021 by teleconference. (*Id.*)

Defendant Petrov is Bulgarian and Counsel states in the motion that while Petrov "does speak English" an interpreter who could translate the proceedings from English to Bulgarian would help "ensure that [Petrov] fully understands his rights and the proceedings." (*Id.*) Defendant's Counsel has located a certified Bulgarian to English translator through a nationwide organization, but the interpreter is not in the state of Georgia and would not be able to attend the October 20, 2021 hearing in person. (*Id.* at 2.) Therefore, Defendant Petrov requests that this Court allow the interpreter to attend the hearing virtually to provide translation assistance as needed. (*Id.*) Accordingly, for good cause shown, Defendant Petrov's Motion (Doc. 52) is **GRANTED**. The certified interpreter shall be permitted to appear at the Defendant's change of plea hearing scheduled for October 20, 2021 by video teleconference. Said interpreter shall acknowledge his or her certification and qualifications upon appearance.

**SO ORDERED**, this 7th day of October 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1